WILLIAMS v. INTERNATIONAL PAPER CO.

No. 523P02

Case below: 152 N.C. App. 720

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 25 November 2002.